

Search for Cases by: [Select Search Method...▼]

Judicial Links | eFiling | Help | Contact Us | Print     GrantedPublicAccess   Logoff BRSHANK0183

## 2122-CC00361 - MARY MACAULAY V ST LOUIS BOA PLACE LLC ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ◉ Descending ○ Ascending

Display Options: [All Entries ▼]

---

**04/14/2021** ☐ **Summons Personally Served**
Document ID - 21-SMCC-1792; Served To - ST. LOUIS BOA PLACE, LLC; Server - R SABOURIN, SERVICE DEPUTY; Served Date - 12-APR-21; Served Time - 13:25:00; Service Type - Sheriff Department; Reason Description - Served

**04/07/2021** ☐ **Corporation Served**
Document ID - 21-SMCC-1793; Served To - JONES LANG LASALLE AMERICAS INC; Server - ; Served Date - 26-MAR-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

**03/17/2021** ☐ **Alias Summons Issued**
Document ID: 21-SMCC-1793, for JONES LANG LASALLE AMERICAS INC.

       ☐ **Alias Summons Issued**
Document ID: 21-SMCC-1792, for ST. LOUIS BOA PLACE, LLC.

       ☐ **Request Filed**
Request for Alias Summonses.
     **Filed By:** HELMUT STARR
     **On Behalf Of:** MARY MACAULAY

       ☐ **Notice of Service**
Return of Service.
     **Filed By:** HELMUT STARR

**03/01/2021** ☐ **Jury Trial Scheduled**
     **Scheduled For:** 08/23/2021; 9:00 AM ; MICHAEL FRANCIS STELZER; City of St. Louis

**02/21/2021** ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-1225, for JONES LANG LASALLE AMERICAS INC.

       ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-1224, for ST. LOUIS BOA PLACE, LLC.

**02/18/2021** ☐ **Filing Info Sheet eFiling**
     **Filed By:** HELMUT STARR

       ☐ **Pet Filed in Circuit Ct**
Petition for Damages.
     **Filed By:** HELMUT STARR
     **On Behalf Of:** MARY MACAULAY

Case.net: 21JE-CC00362 - Docket Entries

☐ **Judge Assigned**

**2122-CC00361**

Electronically Filed - City of St. Louis - February 18, 2021 - 08:21 AM

## IN THE CIRCUIT COURT OF THE CITY OF SAINT LOUIS
## STATE OF MISSOURI

| | | |
|---|---|---|
| MARY MACAULAY, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. |
| | ) | |
| v. | ) | Division No. |
| | ) | |
| ST. LOUIS BOA PLACE, LLC, a | ) | |
| Delaware Limited Liability Company, | ) | |
| | ) | |
| Serve: | ) | |
|     Amy L. Brock | ) | |
|     Registered Agent | ) | |
|     800 Market Street | ) | |
|     Suite 301 | ) | JURY TRIAL DEMANDED |
|     St. Louis, Missouri 63101, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JONES LANG LASALLE | ) | |
| AMERICAS, INC. | ) | |
| | ) | |
| Serve: | ) | |
|     CSC-Lawyers Incorporating | ) | |
|     Service Company | ) | |
|     221 Bolivar Street | ) | |
|     Jefferson City, MO 63101 | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION FOR DAMAGES

COMES NOW Plaintiff, Mary Macaulay, by and through her attorneys of record, Helmut Starr, Keith Cheung and Anastasia Brubaker of Curtis, Heinz, Garrett & O'Keefe PC, and for her causes of action against Defendant St. Louis BOA Plaza, LLC and Defendant Jones Lang LaSalle Americas, Inc., states and avers as follows:

## GENERAL ALLEGATIONS

1.    At all relevant times herein mentioned, Plaintiff Mary Macaulay was employed

1

Electronically Filed - City of St. Louis - February 18, 2021 - 08:21 AM

in the City of St. Louis and was a resident of Saint Louis County, Missouri.

2.       Defendant St. Louis BOA Plaza, LLC ("BOA Plaza") is a Delaware limited liability company, duly licensed and registered to do business in the State of Missouri,  and is the owner of the building commonly known as  Bank of America Plaza, 800 Market Street within the City of St. Louis, MO (the "Property").

3.       Defendant BOA Plaza  conducts systematic and routine business in the State of Missouri, including in St.  Louis City, and is subject to the general and long arm jurisdiction of the Circuit Court of St. Louis City, State of Missouri.

4.       At all relevant times to this action, Defendant Jones Lang LaSalle Americas, Inc. ("JLL") managed and/or controlled the Property and all of its premises.  Defendant JLL was responsible for the management, general maintenance, upkeep, and safety of the Property. Defendant had a duty to inspect the premises for dangerous conditions before invitees and/or members of the public were allowed on the Property.

5.       The tortious acts, and the injuries caused, discussed herein occurred in within the City of St. Louis, Missouri, providing this Court with jurisdiction and venue over the matter.

6.       At all times relevant herein mentioned, Plaintiff was a guest and invitee of Defendants. Defendant had the expectation of gaining a material benefit from Plaintiff's visit to the Property. Plaintiff, in turn, was relying on Defendants to prevent an unreasonable risk of harm to her.

7.       On or about August 14, 2018, Plaintiff was entering the main entrance to the Property by way of the revolving doors and was tripped immediately upon exiting the revolving doors by a rug that was not lying flat/level on the floor of the entrance and lobby of the building.

8.       Plaintiff tripped, fell and seriously injured her right hip, necessitating surgical intervention and a complete hip replacement.

Electronically Filed - City of St. Louis - February 18, 2021 - 08:21 AM

9.      Defendants and their agents and employees owed a duty to inspect the premises on a regular basis, note any dangerous conditions thereof, and remedy, barricade or warn guests and/or invitees about such dangerous conditions so that guests or invitees would not be unnecessarily injured.

10.      Defendants owed a duty of using reasonable care under the circumstances.

11.      Defendants and their employees or agents knew or should or could have known of the existence of the dangerous condition of the entryway, floor and rug.

12.      Defendants, their employees and/or agents did not use ordinary or reasonable care to:  i) maintain the entryway, floor and rug; ii) warn of the dangerous condition; iii) barricade or mark the dangerous condition; or iv) simply remove or correct the dangerous condition of the entryway, floor and rug.

### COUNT I: PREMISES LIABILITY
### (As against Defendant BOA Plaza)

13.      Plaintiff incorporates paragraphs 1 through 12, above, as though fully set forth herein.

14.      At all times herein concerned, Defendant BOA Plaza had actual control and possession of the Property.

15.      While exercising ordinary care under the circumstances, Plaintiff was walking into the main entryway of the Property, an area where guests and invitees are known to walk and are invited into the lobby of the building, when she fell due to a rug sticking up further than the surrounding floor and located immediately at the exit of the revolving door entryway into the main lobby of the building.  The rug caused Plaintiff to severely injure her right hip.

16.      The entryway, floor and rug Plaintiff tripped on constituted a dangerous condition.

17.      The dangerous conditions were created by Defendant BOA Plaza and its agents

3

Electronically Filed - City of St. Louis - February 18, 2021 - 08:21 AM

or employees.

18.     Defendant BOA Plaza or its employees or agents did not exercise reasonable or ordinary care to remove, remedy, barricade, mark, or warn of the dangerous condition of the Property.

19.     As a result of the dangerous condition, the Property of Defendant BOA Plaza was not reasonably safe.

20.     Plaintiff's fall and the injuries and damages sustained by her are the direct and proximate result of the negligence, carelessness, faults and omissions of Defendant BOA Plazz in one, more, or all of the following particulars:

      a.     failing to use reasonable or ordinary care to remedy, barricade, guard against, mark or warn about the dangerous condition, when Defendant knew, or in exercise of reasonable or ordinary care, should and have known about the dangerous condition of the Property;

      b.     failing to carefully inspect the entryway, floor and rug for dangerous conditions, such as the one presented by the rug at the revolving door sticking up unreasonably and causing a tripping hazard; and,

      c.     failing to remedy or warn of the rug sticking up unnaturally from the floor at the exit of the revolving door where invitees normally walk into the lobby of the building, and causing Plaintiff to fall and suffer injuries.

21.     Defendant BOA Plaza's negligence, carelessness, faults and omissions, as aforesaid, directly and proximately caused or contributed to cause Plaintiff to sustain bodily injury, pain and suffering to her right hip, necessitating surgical intervention and a complete hip replacement.   Due to her injuries, Plaintiff required care and treatment from hospitals,

4

Electronically Filed - City of St. Louis - February 18, 2021 - 08:21 AM

physicians, and other health care professionals, all at substantial expense. Plaintiff was caused and continues to have pain, suffering, inconvenience, impaired mobility, impaired activities of daily living, the ordinary emotional distress that goes with a serious fall and her resulting injuries, ongoing pain, loss of quality of life and inconvenience.

**WHEREFORE**, Plaintiff respectfully prays for judgment against Defendant BOA Plaza for damages that are fair and reasonable, for costs incurred herein, and for such other and further damages as the Court deems just and proper under the circumstances.

## COUNT II: NEGLIGENCE
**(As against Defendant BOA Plaza)**

22.     Plaintiff incorporates by reference the allegations of paragraphs 1 through 21, above, as though fully set forth herein.

23.     The injuries and damages suffered by Plaintiff, as set forth above, were the direct and proximate result of the negligent acts and/or omissions of Defendant BOA Plaza, its agents and employees, and each of them, in one, more or all of the following particulars:

a.      failing to use reasonable or ordinary care to remedy, barricade, guard against, mark or warn about the dangerous condition, when Defendant knew, or in exercise of reasonable or ordinary care, should and have known about the dangerous condition of the Property;

b.      failing to carefully inspect the entryway, floor and rug for dangerous conditions, such as the one presented by the rug at the revolving door sticking up unreasonably and causing a tripping hazard; and,

c.      failing to remedy or warn of the rug sticking up unnaturally from the floor at the exit of the revolving door where invitees normally walk into the lobby of the building, and causing Plaintiff to fall and suffer injuries.

Electronically Filed - City of St. Louis - February 18, 2021 - 08:21 AM

24.     Defendant BOA Plaza's negligence, carelessness, faults and omissions, as aforesaid, directly and proximately caused or contributed to cause Plaintiff to sustain bodily injury, pain and suffering to her right hip, necessitating surgical intervention and a complete hip replacement.   Due to her injuries, Plaintiff required care and treatment from hospitals, physicians, and other health care professionals, all at substantial expense. Plaintiff was caused and continues to have pain, suffering, inconvenience, impaired mobility, impaired activities of daily living, the ordinary emotional distress that goes with a serious fall and her resulting injuries, ongoing pain, loss of quality of life and inconvenience.

**WHEREFORE**, Plaintiff respectfully prays for judgment against Defendant BOA Plaza for damages that are fair and reasonable, for costs incurred herein, and for such other and further damages as the Court deems just and proper under the circumstances.

### COUNT III: PREMISES LIABILITY
#### (As against Defendant JLL)

25.     Plaintiff incorporates paragraphs 1 through 21, above, as though fully set forth herein.

26.     At all times herein concerned, Defendant JLL served as BOA Plaza's building manager and had actual control and possession of the Property.

27.     While exercising ordinary care under the circumstances, Plaintiff was walking into the main entryway of the Property, an area where guests and invitees are known to walk and are invited into the lobby of the building, when she fell due to a rug sticking up further than the surrounding floor and located immediately at the exit of the revolving door entryway into the main lobby of the building.  The rug caused Plaintiff to severely injure her right hip.

28.     The entryway, floor and rug Plaintiff tripped on constituted a dangerous condition.

29.     The dangerous conditions were created by Defendant JLL and its agents or

6

Electronically Filed - City of St. Louis - February 18, 2021 - 08:21 AM

employees.

30.     Defendant JLL or its employees or agents did not exercise reasonable or ordinary care to remove, remedy, barricade, mark, or warn of the dangerous condition of the Property.

31.     As a result of the dangerous condition, the Property managed by Defendant JLL was not reasonably safe.

32.     Plaintiff's fall and the injuries and damages sustained by her are the direct and proximate result of the negligence, carelessness, faults and omissions of Defendant JLL in one, more, or all of the following particulars:

> a.     failing to use reasonable or ordinary care to remedy, barricade, guard against, mark or warn about the dangerous condition, when Defendant knew, or in exercise of reasonable or ordinary care, should and have known about the dangerous condition of the Property;
>
> b.     failing to carefully inspect the entryway, floor and rug for dangerous conditions, such as the one presented by the rug at the revolving door sticking up unreasonably and causing a tripping hazard; and,
>
> c.     failing to remedy or warn of the rug sticking up unnaturally from the floor at the exit of the revolving door where invitees normally walk into the lobby of the building, and causing Plaintiff to fall and suffer injuries.

33.     Defendant JLL's negligence, carelessness, faults and omissions, as aforesaid, directly and proximately caused or contributed to cause Plaintiff to sustain bodily injury, pain and suffering to her right hip, necessitating surgical intervention and a complete hip replacement.   Due to her injuries, Plaintiff required care and treatment from hospitals, physicians, and other health care professionals, all at substantial expense. Plaintiff was caused

Electronically Filed - City of St. Louis - February 18, 2021 - 08:21 AM

and continues to have pain, suffering, inconvenience, impaired mobility, impaired activities of daily living, the ordinary emotional distress that goes with a serious fall and her resulting injuries, ongoing pain, loss of quality of life and inconvenience.

**WHEREFORE**, Plaintiff respectfully prays for judgment against Defendant JLL for damages that are fair and reasonable, for costs incurred herein, and for such other and further damages as the Court deems just and proper under the circumstances.

## COUNT IV: NEGLIGENCE
### (As against Defendant JLL)

34.    Plaintiff incorporates by reference the allegations of paragraphs 1 through 21, above, as though fully set forth herein.

35.    The injuries and damages suffered by Plaintiff, as set forth above, were the direct and proximate result of the negligent acts and/or omissions of Defendant JLL, its agents and employees, and each of them, in one, more or all of the following particulars:

a.    failing to use reasonable or ordinary care to remedy, barricade, guard against, mark or warn about the dangerous condition, when Defendant knew, or in exercise of reasonable or ordinary care, should and have known about the dangerous condition of the Property;

b.    failing to carefully inspect the entryway, floor and rug for dangerous conditions, such as the one presented by the rug at the revolving door sticking up unreasonably and causing a tripping hazard; and,

c.    failing to remedy or warn of the rug sticking up unnaturally from the floor at the exit of the revolving door where invitees normally walk into the lobby of the building, and causing Plaintiff to fall and suffer injuries.

36.    Defendant JLL's negligence, carelessness, faults and omissions, as aforesaid,

8

Electronically Filed - City of St. Louis - February 18, 2021 - 08:21 AM

directly and proximately caused or contributed to cause Plaintiff to sustain bodily injury, pain and suffering to her right hip, necessitating surgical intervention and a complete hip replacement.   Due to her injuries, Plaintiff required care and treatment from hospitals, physicians, and other health care professionals, all at substantial expense. Plaintiff was caused and continues to have pain, suffering, inconvenience, impaired mobility, impaired activities of daily living, the ordinary emotional distress that goes with a serious fall and her resulting injuries, ongoing pain, loss of quality of life and inconvenience.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant JLL for damages that are fair and reasonable, for costs incurred herein, and for such other and further damages as the Court deems just and proper under the circumstances.

ATTORNEY'S LIEN CLAIMED

Respectfully submitted,

CURTIS, HEINZ, GARRETT & O'KEEFE PC

/s/ Helmut Starr
HELMUT STARR #32899
KEITH CHEUNG #40908
Anastasia Brubaker #50618
Attorneys for Plaintiffs
130 South Bemiston Avenue, Suite 200
St. Louis, Missouri 63105
(314) 725-8788
(314) 725-8789 Facsimile
hstarr@chgolaw.com

*Attorneys for Plaintiff Mary Macaulay*

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00361 |
| Plaintiff/Petitioner:<br>MARY MACAULAY | Plaintiff's/Petitioner's Attorney/Address<br>HELMUT STARR<br>130 S. Bemiston<br>SUITE 200<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>ST. LOUIS BOA PLACE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:** ST. LOUIS BOA PLACE, LLC<br>**Alias:** A DELAWARE LIMITED LIABILITY COMPANY | |

AMY L BROCK, RAGT
800 MARKET STREET SUITE 301
ST. LOUIS, MO 63101

**SHERIFF'S FEE PAID**

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**February 21, 2021**

_____          _____
Date                                                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date                                                              Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00361 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARY MACAULAY | Plaintiff's/Petitioner's Attorney/Address<br>HELMUT STARR<br>130 S. Bemiston<br>SUITE 200<br>CLAYTON, MO 63105 | |
| vs. | | |
| Defendant/Respondent:<br>ST. LOUIS BOA PLACE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  JONES LANG LASALLE AMERICAS INC
Alias:

CSC LAWYERS INC SERVICE
COMPANY 221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**COLE COUNTY, MO**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 21, 2021**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - March 17, 2021 - 01:50 PM

**IN THE CIRCUIT COURT OF THE CITY OF SAINT LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| MARY MACAULAY, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.    2122-CC00361 |
| | ) | |
| v. | ) | Division No.   1 |
| | ) | |
| ST. LOUIS BOA PLACE, LLC, et al. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**RETURN OF SERVICE**

COMES NOW Plaintiff, by and through her undersigned counsel, and returns service on Defendants St. Louis BOA Place, LLC and Jones Lang LaSalle Americas, Inc., non-est, due to the approaching expiration of the originally issued Summonses.

Respectfully submitted,

**CURTIS, HEINZ, GARRETT & O'KEEFE PC**

*/s/ Helmut Starr*
HELMUT STARR #32899
KEITH CHEUNG #40908
Attorneys for Plaintiffs
130 South Bemiston Avenue, Suite 200
St. Louis, Missouri 63105
(314) 725-8788
(314) 725-8789 Facsimile
hstarr@chgolaw.com

*Attorneys for Plaintiff Mary Macaulay*

1

Electronically Filed - City of St. Louis - March 17, 2021 - 01:50 PM

**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC00361 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARY MACAULAY | Plaintiff's/Petitioner's Attorney/Address<br>HELMUT STARR<br>130 S. Bemiston<br>SUITE 200<br>CLAYTON, MO  63105 | |
| vs. | | |
| Defendant/Respondent:<br> ST. LOUIS BOA PLACE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  JONES LANG LASALLE AMERICAS INC**
**Alias:**

CSC LAWYERS INC SERVICE
COMPANY 221 BOLIVAR STREET
JEFFERSON CITY, MO  65101

**COLE COUNTY, MO**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*CITY OF ST LOUIS*

**February 21, 2021**
_____              _____
Date                                                              Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____              _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*           Subscribed and sworn to before me on _____ (date).

My commission expires: _____              _____
                                           Date                                          Notary Public

**Sheriff's Fees, if applicable**
Summons                                   $_____
Non Est                                      $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $_____10.00_____
Mileage                                      $_____ (_____ miles @ $._____ per mile)
**Total**                                      $_____
A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - March 17, 2021 - 01:50 PM



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00361 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARY MACAULAY | Plaintiff's/Petitioner's Attorney/Address<br>HELMUT STARR<br>130 S. Bemiston<br>SUITE 200<br>CLAYTON, MO  63105 | |
| vs.<br>Defendant/Respondent:<br>ST. LOUIS BOA PLACE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  ST. LOUIS BOA PLACE, LLC
**Alias:  A DELAWARE LIMITED LIABILITY COMPANY**

AMY L BROCK, RAGT
800 MARKET STREET SUITE 301
ST. LOUIS, MO 63101

**SHERIFF'S FEE PAID**

*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*CITY OF ST LOUIS*

**February 21, 2021**
_____
Date

*Thomas Kloppinger*
_____
Clerk

Further Information:
_____

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

*Request Alias Summons*

Electronically Filed - City of St. Louis - March 17, 2021 - 01:50 PM

**IN THE CIRCUIT COURT OF THE CITY OF SAINT LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| MARY MACAULAY, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.    2122-CC00361 |
| | ) | |
| v. | ) | Division No.   1 |
| | ) | |
| ST. LOUIS BOA PLACE, LLC, et al. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

<u>**REQUEST FOR ALIAS SUMMONSES**</u>

COMES NOW Plaintiff, by and through her undersigned counsel, and requests Alias Summonses

to issue to be served upon the following Defendants:

**St. Louis BOA Place, LLC**
Amy L. Crock, Registered Agent
800 Market Street, Suite 301
St. Louis, Missouri 63101
(St. Louis City Sheriff's fee paid at time of filing Petition)

**Jones Lang LaSalle Americas, Inc.**
CSC Lawyers Inc. Service Company, Registered Agent
221 Bolivar Street
Jefferson City, MO 65101

                    **Respectfully submitted,**

                    **CURTIS, HEINZ, GARRETT & O'KEEFE PC**

                    <u>*/s/ Helmut Starr*</u>
                    HELMUT STARR #32899
                    KEITH CHEUNG #40908
                    Attorneys for Plaintiffs
                    130 South Bemiston Avenue, Suite 200
                    St. Louis, Missouri 63105
                    (314) 725-8788
                    (314) 725-8789 Facsimile
                    hstarr@chgolaw.com

                    *Attorneys for Plaintiff Mary Macaulay*

1



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00361 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARY MACAULAY | Plaintiff's/Petitioner's Attorney/Address<br>HELMUT STARR<br>130 S. Bemiston<br>SUITE 200<br>CLAYTON, MO 63105 | |
| vs. | | |
| Defendant/Respondent:<br> ST. LOUIS BOA PLACE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## ALIAS Summons in Civil Case

The State of Missouri to:  ST. LOUIS BOA PLACE, LLC
Alias:  A DELAWARE LIMITED LIABILITY COMPANY

AMY L BROCK, RAGT
800 MARKET STREET SUITE 301
ST. LOUIS, MO 63101

> **SHERIFF'S FEE PAID**

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

March 17, 2021                      _Thomas Kloeppinger_
_____             _____
Date                                Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server         Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____        _____
                          Date                        Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00361 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MARY MACAULAY | Plaintiff's/Petitioner's Attorney/Address<br>HELMUT STARR<br>130 S. Bemiston<br>SUITE 200<br>CLAYTON, MO  63105 | |
| | vs. | |
| Defendant/Respondent:<br> ST. LOUIS BOA PLACE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## ALIAS Summons in Civil Case

The State of Missouri to:  JONES LANG LASALLE AMERICAS INC
Alias:

CSC LAWYERS INC SERVICE
COMPANY 221 BOLIVAR STREET
JEFFERSON CITY, MO  65101

**COLE COUNTY. MO**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 17, 2021**

_____
Date

_____ *Thomas Kloeppinger*
Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                             Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

---

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

**RECEIVED**

MAR 25 2021

COLE COUNTY
SHERIFF'S OFFICE

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00361 |
| Plaintiff/Petitioner:<br>MARY MACAULAY | Plaintiffs's/Petitioner's Attorney/Address<br>HELMUT STARR<br>130 S. Bemiston<br>SUITE 200<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>ST. LOUIS BOA PLACE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

### ALIAS Summons in Civil Case

The State of Missouri to: JONES LANG LASALLE AMERICAS INC
Alias:

CSC LAWYERS INC SERVICE
COMPANY 221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**COURT SEAL OF**

CIRCUIT COURT OF MISSOURI

**CITY OF ST LOUIS**

**COLE COUNTY. MO**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 17, 2021**

_____
Date

_Thomas Kloeppinger_
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: CSC (Lawyers) S.L. (name) designee (title).

☐ other: _____

Served at 350 E. High (address)
in Cole (County/City of St. Louis), MO, on 03-26-2021 (date) at 800AM (time).

Sheriff John P Wheeler by S# Aimee Uray
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer.

(Seal)    Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date    Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00361 |
| Plaintiff/Petitioner:<br>MARY MACAULAY | Plaintiff's/Petitioner's Attorney/Address<br>HELMUT STARR<br>130 S. Bemiston<br>SUITE 200<br>vs.   CLAYTON, MO  63105 |
| Defendant/Respondent:<br>ST. LOUIS BOA PLACE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## ALIAS Summons in Civil Case

The State of Missouri to: **ST. LOUIS BOA PLACE, LLC**
           **Alias:  A DELAWARE LIMITED LIABILITY COMPANY**

~~ATTN: CORP AGT~~
~~SUITE 301~~
ST. LOUIS, MO 63101

**SHERIFF'S FEE PAID**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 17, 2021**

_____
Date

_Thomas Kloppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☑ delivering a copy of the summons  and a copy of the petition to the defendant/respondent.    W F  38

☐ leaving a copy of the summons  and a copy of the petition at the dwelling place or usual abode of the defendant/respondent  with _____, a person of the defendant's/respondent's  family over the age of 15 years who permanently  resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons  and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____

Served at   800  Market St   Suite 301   63101 _____ (address)

in _____ (County/City of St. Louis), MO, on   3-12-21   (date) at   1:25p   (time).

_R Sabourin_
_____
Printed Name of Sheriff or Server

_R Sabourin 843_
_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
                                            Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental  Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons  and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

2021 MAR 31  AM 10: 04

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00361 |
| Plaintiff/Petitioner:<br>MARY MACAULAY | Plaintiff's/Petitioner's Attorney/Address<br>HELMUT STARR<br>130 S. Bemiston<br>SUITE 200<br>CLAYTON, MO. 63105 |
| Defendant/Respondent:<br>ST. LOUIS BOA PLACE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## ALIAS Summons in Civil Case

The State of Missouri to:  ST. LOUIS BOA PLACE, LLC
Alias:  A DELAWARE LIMITED LIABILITY COMPANY

AMY L BROCK, RAGT
800 MARKET STREET SUITE 301
ST. LOUIS, MO 63101

SHERIFF'S FEE PAID

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 17, 2021**

_____          _____
Date                                      Clerk

Further Information: _____

### Sheriff's or S_____

Note to serving officer: Summons sh___ ___

I certify that I have served the ___
☐ delivering a copy of the sur ___
☐ leaving a copy of the summ ___

_____
15 years who permanently
☐ (for service on a corporation

☐ other: _____

Served at _____

in _____

_____
Printed Name of Sher___
**Must be**

Subscrit___

*(Seal)*

My comr___

*[handwritten notes:]* Ross Has This Per Frank 4-18

*[handwritten notes:]* Frank will check B=A ✓ Bank of America Closed

Find out who has This? atty Calling

Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.